UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>VOSS & KLEIN, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and, TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:23-cv-01949-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>Judge:  Hon. Daniel J. Calabretta<br><br>Mag.:   Hon. Allison Claire |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby ORDERED that the Defendant Equifax Information Services LLC shall have up to and including November 22, 2023 in which to respond to Plaintiff's Complaint.

SO ORDERED, this 20th day of October, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE