1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMANDA ARMSTRONG, | Case No. 2:23-cv-01949-DJC-AC |
|---|---|
| Plaintiff, | Hon. Daniel J. Calabretta |
| v. | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT** |
| VOSS & KLEIN, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION LLC, | |
| Defendants. | |

Pursuant to the Parties' Stipulation to Extend Time for Defendant Experian Information Solutions, Inc. ("Experian") to Respond to Complaint, and good cause having been shown, the Court hereby extends the time for Experian to answer, object, or otherwise respond to Plaintiff's Complaint to **December 16, 2023**.

IT IS SO ORDERED.

Dated:  November 15, 2023      /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE