# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA ARMSTRONG,<br><br>  Plaintiff,<br><br>          v.<br><br>VOSS & KLEIN, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC<br><br>  Defendant(s). | Case No.: 2:23-cv-01949-DJC-AC<br><br>ORDER<br><br>HON. DANIEL J. CALBRETTA |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant EXPERIAN INFORMATION SOLUTIONS, INC. to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 12, 2024      /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE