**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA  92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Voss & Klein, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA ARMSTRONG,<br><br>Plaintiffs,<br><br>v.<br><br>VOSS & KLEIN, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>Defendants. | CASE NO.:  2:23-cv-1949-DJC-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND PRETRIAL AND TRIAL DATES BY 90 DAYS** |

Plaintiff Amanda Armstrong and Defendant Voss & Klein, LLC, filed a joint stipulation to extend all remaining pretrial and trial dates by 90 days. Good cause appearing, the Court **GRANTS** the stipulation and extends the pretrial and trial dates, as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cutoff | December 20, 2024 | March 20, 2025 |
| Expert Disclosure (Initial) | January 17, 2025 | April 17, 2025 |
| Expert Disclosure (Rebuttal) | February 14, 2025 | May 14, 2025 |
| Expert Discovery Cut-Off | March 14, 2025 | June 13, 2025 |
| Last Date to File Dispositive Motions | May 23, 2025 | August 22, 2025 |
| Hearing Date for Dispositive Motions | July 10, 2025 at 1:30 p.m. | October 9, 2025 at 1:30pm |
| Final Pretrial Conference | September 25, 2025 at 1:30 p.m. | December 11, 2025 at 1:30 p.m. |
| Jury Trial | November 17, 2025 at 8:30 a.m. | February 23, 2026 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: December 17, 2024           /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE