**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Voss & Klein, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA ARMSTRONG,<br><br>Plaintiffs,<br><br>v.<br><br>VOSS & KLEIN, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>Defendants. | CASE NO.: 2:23-cv-1949-DJC-AC<br><br>**ORDER GRANTING AMENDED JOINT STIPULATION FOR SETTLEMENT CONFERENCE** |

Having considered the Amended Joint Stipulation of the Parties to schedule a Settlement Conference, and good cause appearing:

**IT IS HEREBY ORDERED** that Parties' Joint Stipulation is **GRANTED**. The Court hereby submits this matter to the Clerk of the Court for random assignment to a settlement Judge.

Dated:  December 18, 2024     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE