**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>VOSS & KLEIN, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION, LLC<br><br>    Defendant. | Case No.: 2:23-cv-01949-DJC-AC<br><br>ORDER<br><br>HON. DANIEL J. CALABRETTA |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant VOSS & KLEIN, LLC to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 4, 2025        /s/ Daniel J. Calabretta
                             _____
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE